UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEZEKIAH ESAU BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSDEV ILE De FRANCE et al.,<br><br>　　　　Defendants. | Case No.  2:24-cv-2411-GMN-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion to Resume Screening of Plaintiff's Amended Complaint.  ECF No. 12.  Although somewhat difficult to decipher, it appears Plaintiff believes resolution of this matter is not imminent.  Therefore, he asks the Court to commence the process of determining whether his proposed amended complaint may proceed.  This request is granted.  However, Plaintiff is advised that screening of his proposed Amended Complaint will occur in the ordinary course.

　　　　The Court further notes the law firm of Ranalli Zaniel Fowler & Moran (the "Ranalli Firm") appears to represent the putative Defendant Transdev United States ("Transdev").  To ensure Transdev receives copies of all filings in this matter, the Court is adding its representative, the Ranalli Firm, to the docket.  However, this is not intended to and does not effect service of process on or an appearance by Transdev.  The addition of the Ranalli Firm is a courtesy only.  If Plaintiff successfully states a claim, he will be required to serve Transdev or seek a formal waiver of service under the Federal Rules of Civil Procedure.

　　　　Accordingly, IT IS HEREBY ORDERED that the Motion to Resume Screening of Plaintiff's Amended Complaint (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must add Ranalli Zaniel Fowler & Moran, 2340 W. Horizon Ridge Parkway, Suite 100, Henderson, NV 89052, as counsel for Defendant Transdev United States to the docket solely for purposes of receiving courtesy copies of all filings in this case.

DATED this 28th day of March, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE